AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| United States of America<br>v.<br>Zaquann Ernest Hampton<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )   Case No. 2:21-mj-85 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____4 November 2021____ in the county of ____Charleston____ in the ____Judicial____ District of ____South Carolina____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 751(a) | Escape from an institution or facility in which he was confined. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

Russell Coleman, Deputy US Marshal
Printed name and title

Sworn to before me and signed in my presence.

Date: 5 November 2021

_____
Judge's signature

City and state: Charleston, South Carolina

Molly H. Cherry, United States Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Deputy United States Marshal (DUSM), Russell Coleman, being duly sworn hereby depose and state:

1. I am currently employed as a Deputy United States Marshal in the District of South Carolina. I have been employed with the United States Marshal Service since 2011. Part of my official duties, I investigate violations involving failure to appear, supervise release violation, bond violation and escape.

2. On 18 November 2017, the Defendant Zaquann Ernest HAMPTON was sentenced to serve a term of eighty-four months and three years of supervision for Attempted Murder in Aide of Racketeering. This sentence was imposed by The Honorable David Norton, United States District Court Judge.

3. On 15 June 2021, Defendant Zaquann Ernest HAMPTON was transferred from FCI Memphis to the Alston Wilkes Society Residential Reentry Center, in North Charleston, South Carolina. Defendant Zaquann Ernest HAMPTON was to remain in custody of the United States Attorney General until his schedule release date of 01 January 2022.

4. On 02 November 2021, at approximately 0530am, Defendant Zaquann Ernest HAMPTON signed out to go to work at Walmart, located at 1317 Main Street, in Summerville, SC. Defendant Zaquann Ernest HAMPTON only had approval to go to work and return to Alston Wilkes Society Residential Reentry Center. That same day, at approximately 1841pm, Defendant Zaquann Ernest HAMPTON was stopped and arrested by the Dorchester County Sheriff's Office. Defendant Zaquann Ernest HAMPTON was charged

with Unlawful Carrying of Handgun and booked into the Dorchester County Detention Center.

5. On 03 November 2021, Defendant Zaquann Ernest HAMPTON made bond on his local charge and he was ordered to report back to the Alston Wilkes Society Residential Reentry Center by management. Defendant Zaquann Ernest HAMPTON failed to report to Alston Wilkes Society Residential Reentry Center as instructed. Defendant Zaquann Ernest HAMPTON was placed on escape status.

6. I, DUSM Russell Coleman, contacted Defendant Zaquann Ernest HAMPTON's mother Zelda Brown via phone. Zelda Brown stated she has not heard from her son and does not know where he is. Defendant Zaquann Ernest HAMPTON's current whereabouts are unknown.

I, Deputy United States Marshal Russell Coleman, submit that there is probable cause to believe that on 03 November 2021, the Defendant Zaquann Ernest HAMPTON did violate 18 U.S.C. § 751(a), in that he did knowingly, willfully and unlawfully escape from custody of the Bureau of Prisons: to wit, Alston Wilkes Society Residential Reentry Center, North Charleston, South Carolina, an institutional facility in which he was ordered to return to. Defendant Zaquann Ernest HAMPTON was lawfully confined at the direction of the United States Attorney General by virtue of a judgement and commitment of the United States District Court, District of South Carolina.

This affidavit has been reviewed by Special Assistant United States Attorney Carra Henderson.

_Russell Coleman_

Russell Coleman, Deputy U.S. Marshal

United States Marshals Service

_11 05 2021_

Date

Sworn to and subscribed before me

this _5th_ day of _November_, 2021

Charleston, South Carolina

_[signature]_
United States Magistrate Judge